# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., | ) )  Case No. 1:16-cv-00861 (LO-MSN) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| AMAZON.COM, INC., | ) ) ) |
| Defendant. | ) ) ) |

## MOTION OF DEFENDANT AMAZON.COM, INC. FOR ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B)

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, Defendant Amazon.com, Inc. ("Amazon") respectfully moves this Court for entry of judgment of invalidity of U.S. Patent Nos. 7,899,492, 8,050,711, 8,903,451, 8,948,814, 9,118,794, 8,712,471, 9,286,853, and 9,355,611 (collectively, the "'492 patent family") and judgment in Amazon's favor with respect to counts I through VIII of Plaintiff Virginia Innovation Sciences, Inc.'s ("VIS") amended complaint. (Dkt. No. 59). As set forth in the accompanying Memorandum in Support of the Motion of Defendant Amazon.com, Inc. for Entry of Judgment Pursuant to Fed. R. Civ. P. 54(b), Amazon seeks entry of judgment so that Amazon is not deprived of the opportunity to participate in VIS's pending appeal of the Court's order in this case.

Date: February 3, 2017

Respectfully submitted,

**AMAZON.COM, INC.**

*Of counsel:*

J. David Hadden*
dhadden@fenwick.com
Saina Shamilov*

*/s/ Robert A. Angle*
Robert A. Angle (VSB No. 37691)
  robert.angle@troutmansanders.com
Laura Anne Kuykendall (VSB No. 82318)
  la.kuykendall@troutmansanders.com

| | |
|---|---|
| sshamilov@fenwick.com<br>Ravi Ranganath*<br>rranganath@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200<br><br>* *Admitted Pro Hac Vice* | TROUTMAN SANDERS LLP<br>1001 Haxall Point<br>Richmond, Virginia 23219<br>Telephone: (804) 697-1200<br>Facsimile: (804) 697-1339<br><br>Mary C. Zinsner (VSB No. 31397)<br>mary.zinsner@troutmansanders.com<br>TROUTMAN SANDERS LLP<br>1850 Towers Crescent Plaza, Suite 500<br>Tysons Corner, Virginia 22182<br>Telephone: (703) 734-4334<br>Facsimile: (703) 734-4340 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of February, 2017, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

> Walter DeKalb Kelley, Jr.
> Kristen Marie Ward
> Hausfeld LLP
> 1700 K Street NW, Suite 650
> Washington, DC 20006
> (202) 540-7200
> Facsimile: (202) 540-7201
> wkelley@hausfeld.com
> kward@hausfeldllp.com
>
> William Eugene Bradley
> Michael Best & Friedrich LLP
> 601 Pennsylvania Ave NW
> Suite 700 South
> Washington, DC 20004
> (202) 747-9560
> Facsimile: (202) 347-1819
> webradley@michaelbest.com
>
> *Counsel for Plaintiff Virginia Innovation Sciences, Inc.*

> */s/ Robert A. Angle*
> Robert A. Angle (VSB No. 37691)
> robert.angle@troutmansanders.com
> TROUTMAN SANDERS LLP
> 1001 Haxall Point
> Richmond, Virginia 23219
> Telephone: (804) 697-1200
> Facsimile: (804) 697-1339
>
> *Counsel for Defendant Amazon.com, Inc.*