**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., | § § § | Civil Action No. 1:16-cv-00861 (LO-MSN) |
| Plaintiff, | § § | JURY TRIAL DEMANDED |
| v. | § § | |
| AMAZON.COM, INC. | § § § | |
| Defendants. | § § § | |

**PLAINTIFF'S NOTICE OF APPEAL**
**TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

NOTICE IS HEREBY GIVEN pursuant to Federal Rule of Appellate Procedure 3(a) that Plaintiff Virginia Innovation Sciences, Inc. appeals to the United States Court of Appeals for the Federal Circuit from the following:

1. Order Granting Motion of Defendant Amazon.com, Inc. for Entry of Judgment Pursuant to Fed. R. Civ. P. 54(b) [ECF No. 74], entered in this action on February 9, 2017; and

2. Order in favor of Defendant Amazon.com, Inc. [ECF No. 58], entered in this action on January 5, 2017;

3. Memorandum Opinion [ECF. No. 57], entered in this action on January 5, 2017; and

4. All other interlocutory decisions, rulings, and/or orders pertinent or ancillary to the above-identified judgments, orders, and/or opinions.

Dated: February 15, 2017    Respectfully Submitted

By: */s/ William E. Bradley*
William E. Bradley
Virginia State Bar No. 42623
Michael Best & Friedrich LLP
601 Pennsylvania Avenue NW, Suite 700 South
Washington, D.C. 20004
Tel. (202) 747-9572; Fax (202) 347-1819
webradley@michaelbest.com

Andrew G. DiNovo (Pro Hac Vice)
Texas State Bar No. 00790594
Adam G. Price (Pro Hac Vice)
Texas State Bar No. 24027750
Christopher V. Goodpastor (Pro Hac Vice)
Texas State Bar No. 00791991
DiNovo Price Ellwanger & Hardy LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Tel. (512) 539-2626; Fax (512) 539-2627
adinovo@dpelaw.com
aprice@dpelaw.com
cgoodpastor@dpelaw.com

COUNSEL FOR PLAINTIFF VIRGINIA INNOVATION SCIENCES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February 2017, I will cause the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to the attorneys of record in this case.

*/s/ William E. Bradley*
William E Bradley