**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., | § | |
| *Plaintiff*, | § | Civil Action No. 1:16-cv-00861-LO-MSN |
| v. | § | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC. | § | |
| *Defendant*. | § | |

**MOTION TO WITHDRAW**

Pursuant to Local Rule 83.1(G), Plaintiff, Virginia Innovation Sciences, Inc. ("VIS"), by counsel, hereby moves for leave to allow Nicole E. Glauser to withdraw as counsel. William E. Bradley of the law firm of Michael Best & Friedrich LLP, will remain as counsel of record for VIS in this matter. Defendants consent to the relief requested. Attached as **Exhibit 1** is a proposed agreed order granting the relief requested.

WHEREFORE, VIS, by counsel, respectfully requests that the Court grant leave to allow Nicole E. Glauser and the law firm of DiNovo Price Ellwanger & Hardy, LLP to withdraw as counsel for Plaintiff in this matter and direct the Clerk to remove Nicole E. Glauser from the Court's Electronic Notification System as counsel of record for Plaintiff.

Dated: March 23, 2017

Respectfully submitted,

*/s/William E. Bradley*
William E. Bradley
Virginia State Bar No. 42623
MICHAEL BEST & FRIEDRICH LLP
601 Pennsylvania Avenue NW
Suite 700 South
Washington, D.C. 20004

Telephone: (202) 747-9572
Facsimile: (202) 347-1819
webradley@michaelbest.com

Andrew G. DiNovo (*pro hac vice*)
Texas State Bar No. 00790594
Adam G. Price (*pro hac vice*)
Texas State Bar No. 24027750
Christopher V. Goodpastor (*pro hac vice*)
Texas State Bar No. 00791991
Nicole E. Glauser
Texas State Bar No. 24050694
DINOVO PRICE ELLWANGER & HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, TX 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627
adinovo@dpelaw.com
aprice@dpelaw.com
cgoodpastor@dpelaw.com
nglauser@dpelaw.com

*Counsel for Plaintiff Virginia Innovative Sciences, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of March 2017, I will cause the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to the attorneys of record in this case.

*/s/ William E. Bradley*

William E. Bradley
Virginia State Bar No. 42623
MICHAEL BEST & FRIEDRICH LLP
601 Pennsylvania Avenue NW
Suite 700 South
Washington, D.C. 20004
Telephone: (202) 747-9572
Facsimile: (202) 347-1819
webradley@michaelbest.com