**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| VIRGINIA INNOVATION SCIENCES, INC.<br>Plaintiff, | : | |
| v. | : | Civil Action No. 1:16-cv-00861-LO-MSN |
| AMAZON.COM, INC.<br>Defendant | : | |

**MOTION TO WITHDRAW**

Pursuant to Local Rule 83.1(G), Plaintiff, Virginia Innovation Sciences, Inc. ("VIS"), by counsel, hereby moves for leave to allow Kristen Marie Ward to withdraw as counsel. William E. Bradley of the law firm of Michael Best & Freidrich, LLP, will remain as counsel of record for VIS in this matter. Defendants consent to the relief requested. Attached as Exhibit 1 is a proposed agreed order granting the relief requested.

WHEREFORE, VIS, by counsel, respectfully requests that the Court grant leave to allow Kristen Marie Ward and the law firm of Hausfeld, LLP to withdraw as counsel for Plaintiff in this matter and direct the Clerk to remove Kristen Marie Ward from the Court's Electronic Notification System as counsel of record for Plaintiff.

Dated: April 17, 2017

Respectfully submitted,

/s/ William E. Bradley
Virginia State Bar No. 42623
MICHAEL BEST & FRIEDRICH LLP
601 Pennsylvania Avenue NW
Suite 700 South
Washington, DC 20004
Telephone: (202) 747-9572
Facsimile: (202) 347-1819
webradley@michaelbest.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April, 2017, I will cause the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to the attorneys of record in this case.

*/s/ William E. Bradley*____________
Virginia State Bar No. 42623
MICHAEL BEST & FRIEDRICH LLP
601 Pennsylvania Avenue NW
Suite 700 South
Washington, DC 20004
Telephone: (202) 747-9572
Facsimile: (202) 347-1819
webradley@michaelbest.com