IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., §§§ *Plaintiff*, § § v. § § AMAZON.COM, INC. § § *Defendant*. §§§ | Civil Action No. 1:16-cv-00861-LO-MSN **JURY TRIAL DEMANDED** |

**PLAINTIFF VIRGINIA INNOVATION SCIENCES, INC.'S
MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Virginia Innovation Sciences Inc.'s ("VIS"), hereby moves pursuant to Fed. and Local Civ. R. 56, for an order granting summary judgment, in whole or in part, of infringement of claims 1, 2, 14, 16, 17, 20, 23, 24, 31, 35, 37, 42, 43, 47, 48, and 53 of U.S. Patent 8,135,398 and claim 16 of U.S. Patent RE46,140, by Defendant, Amazon.com, Inc. VIS also requests this Court grant summary judgement of validity of the asserted claims of U.S. Patent 8,135,398.

The factual background and legal authorities un support of this motion are set forth in the accompanying Memorandum In Support of Plaintiff Virginia Innovation Sciences, Inc.'s Motion for Summary Judgment filed contemporaneously.

Dated: September 21, 2017

Respectfully submitted,

By: */s/ William E. Bradley*
William E. Bradley
Virginia State Bar No. 42623
MICHAEL BEST & FRIEDRICH LLP
601 Pennsylvania Avenue NW
Suite 700 South
Washington, D.C. 20004

Telephone: (202) 747-9572
Facsimile: (202) 347-1819
webradley@michaelbest.com

## CERTIFICATE OF SERVICE

I certify that on the 21st day of September, 2017, a true and correct copy of the foregoing document was served *via electronic mail* to counsel of record for all parties:

Robert Armistead Angle
  robert.angle@troutmansanders.com
Laura Anne Kuykendall
  la.kuykendall@troutmansanders.com
Mary Catherine Zinsner
  mary.zinser@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218

J. David Hadden
  dhadden@fenwick.com
Saina Shamilov
  sshamilov@fenwick.com
Todd Gregorian
  tgregorian@fenwick.com
Sapna Mehta
  smetha@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

    */s/ William E. Bradley*
    William E. Bradley
    Virginia State Bar No. 42623
    MICHAEL BEST & FRIEDRICH LLP
    601 Pennsylvania Avenue NW
    Suite 700 South
    Washington, D.C. 20004
    Telephone: (202) 747-9572
    Facsimile: (202) 347-1819
    webradley@michaelbest.com