**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., | ) | Case No. 1:16-cv-00861 (LO-MSN) |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| AMAZON.COM, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

## NOTICE OF MOTION TO FILE DOCUMENTS UNDER SEAL

This serves as notice to the public that Defendant Amazon.com, Inc. ("Amazon") has moved the Court to seal from public disclosure the following documents:

- Memorandum in Support of Amazon's Motion for Reasonable Attorneys' Fees Under 35 U.S.C. § 285;
- Declaration of Saina Shamilov in Support of Amazon's Motion for Reasonable Attorneys' Fees Under 35 U.S.C. § 285 and Exhibit B; and,
- Declaration of Mary C. Zinsner in Support of Amazon's Motion for Reasonable Attorneys' Fees Under 35 U.S.C. § 285 and Exhibit 2.

Objections to this motion should be filed in the Civil Section of the Clerk's Office of this Court. This Notice will be posted for a minimum of 48 hours.

Dated:  February 14, 2018

Respectfully submitted,

**AMAZON.COM, INC.**

*/s/ Laura Anne Kuykendall*
Robert A. Angle (VSB No. 37691)
  robert.angle@troutman.com
Laura Anne Kuykendall (VSB No. 82318)
  la.kuykendall@troutman.com
TROUTMAN SANDERS LLP
1001 Haxall Point

Richmond, Virginia  23219
Telephone:  (804) 697-1468
Facsimile:  (804) 697-1339

Mary Catherine Zinsner (VSB No. 31397)
    mary.zinsner@troutman.com
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, VA 22182
Telephone: (703) 734-4363
Facsimile: (703) 734-4340

*Of counsel:*
J. David Hadden*
dhadden@fenwick.com
Saina Shamilov*
sshamilov@fenwick.com
Todd Gregorian*
tgregorian@fenwick
Jeffrey Ware*
jware@fenwick.com
Dargaye Churnet*
dchurnet@fenwick.com
Ravi Ranganath *
rranganath@fenwick.com
Sapna Mehta*
smehta@fenwick.com
Jessica M. Kaempf*
jkaempf@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  (650) 988-8500
Facsimile:  (650) 938-5200

*Admitted Pro Hac Vice*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of February, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which then will send automatic notification of such filing (NEF) to the following:

Shauna M. Wertheim (VSB No. 33690)
The Marbury Law Group, PLLC
11800 Sunrise Valley Drive, 15th Floor
Reston, VA 20191
Telephone:  571.267.7002
Fax: 703.391.2901
swertheim@marburylaw.com

William Eugene Bradley
webradley@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
601 Pennsylvania Ave. NW
Suite 700 South
Washington D.C. 20004
Telephone: (202)747-9572
Facsimile: (202)347-1819

*Counsel for Plaintiff Virginia Innovation Sciences, Inc.*

/s/ Laura Anne Kuykendall
Robert A. Angle (VSB No. 37691)
robert.angle@troutman.com
Laura Anne Kuykendall (VSB No. 82318)
la.kuykendall@troutman.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone:  (804) 697-1468
Facsimile:  (804) 697-1339

Mary Catherine Zinsner (VSB No. 31397)
mary.zinsner@troutman.com
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, VA 22182
Telephone: (703) 734-4363
Facsimile: (703) 734-4340

*Counsel for Defendant Amazon.com, Inc.*