**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., | ) )  Case No. 1:16-cv-00861 (LO-MSN) |
| Plaintiff, | ) ) |
| v. | ) ) |
| AMAZON.COM, INC., | ) ) |
| Defendant. | ) ) ) |

**MOTION OF DEFENDANT AMAZON.COM, INC.
FOR REASONABLE ATTORNEYS' FEES UNDER 35 U.S.C. § 285**

Pursuant to Fed. R. Civ. P. 54(d)(2), Defendant Amazon.com, Inc. ("Amazon"), by counsel, hereby moves the Court to award Amazon its reasonable attorneys' fees pursuant to 35 U.S.C. § 285. Pursuant to E.D. Va. Loc. Civ. R. 7, the grounds for this motion are set forth more fully in Amazon's Memorandum in Support of Motion for Reasonable Attorneys' Fees Under 35 U.S.C. § 285, which is being filed contemporaneously herewith. A proposed order is attached.

Dated: February 14, 2018

Respectfully submitted,

**AMAZON.COM, INC.**

*/s/ Laura Anne Kuykendall*
Robert A. Angle (VSB No. 37691)
   robert.angle@troutmansanders.com
Laura Anne Kuykendall (VSB No. 82318)
   la.kuykendall@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone:  (804) 697-1468

Facsimile:  (804) 697-1339

Mary Catherine Zinsner (VSB No. 31397)
   mary.zinsner@troutman.com
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, VA 22182
Telephone: (703) 734-4363
Facsimile: (703) 734-4340

*Of counsel:*
J. David Hadden*
dhadden@fenwick.com
Saina Shamilov*
sshamilov@fenwick.com
Todd Gregorian*
tgregorian@fenwick
Jeffrey Ware*
jware@fenwick.com
Dargaye Churnet*
dchurnet@fenwick.com
Ravi Ranganath *
rranganath@fenwick.com
Sapna Mehta*
smehta@fenwick.com
Jessica M. Kaempf*
jkaempf@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  (650) 988-8500
Facsimile:  (650) 938-5200

**Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of February, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which then will send automatic notification of such filing (NEF) to the following:

>Shauna M. Wertheim (VSB No. 33690)
>The Marbury Law Group, PLLC
>11800 Sunrise Valley Drive, 15th Floor
>Reston, VA 20191
>Telephone: 571.267.7002
>Fax: 703.391.2901
>swertheim@marburylaw.com
>
>William Eugene Bradley (VSB No. 42623)
>Michael Best & Friedrich LLP
>601 Pennsylvania Ave NW
>Suite 700 South
>Washington, DC 20004
>Telephone: (202) 747-9560
>Fax: (202) 347-1819
>webradley@michaelbest.com

*Counsel for Plaintiff Virginia Innovation Sciences, Inc.*

>*/s/ Laura Anne Kuykendall*
>Robert A. Angle (VSB No. 37691)
>robert.angle@troutman.com
>Laura Anne Kuykendall (VSB No. 82318)
>la.kuykendall@troutman.com
>TROUTMAN SANDERS LLP
>1001 Haxall Point
>Richmond, Virginia 23219
>Telephone: (804) 697-1468
>Facsimile: (804) 697-1339
>
>Mary Catherine Zinsner (VSB No. 31397)
>mary.zinsner@troutman.com
>TROUTMAN SANDERS LLP
>1850 Towers Crescent Plaza, Suite 500
>Tysons Corner, VA 22182
>Telephone: (703) 734-4363
>Facsimile: (703) 734-4340
>
>*Counsel for Defendant Amazon.com, Inc.*