IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., <br><br>*Plaintiff,*<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>*Defendant.* | Civil No. 1:16-cv-861<br><br>Hon. Liam O'Grady |

### ORDER

This matter comes before the Court on Defendant Amazon.com's Motion for Attorney Fees (Dkt. 214). The Court declines to consider this motion until after the resolution of the pending appeals before the United States Court of Appeals for the Federal Circuit. Therefore the Court hereby **DENIES** Defendant's motion (Dkt. 214) **WITHOUT PREJUDICE**. The motion hearing set for May 18, 2018 is hereby **CANCELLED**.

Defendant may refile this motion after the appeals are resolved, if Defendant has good cause to do so.

**IT IS SO ORDERED.**

May 15, 2018
Alexandria, Virginia

Liam O'Grady
United States District Judge