# United States Court of Appeals for the Federal Circuit

---

**INNOVATION SCIENCES, LLC,**
*Plaintiff - Appellant*

v.

**AMAZON.COM, INC.,**
*Defendant - Appellee*

---

2018-1495

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:16-cv-00861-LO-MSN, Judge Liam O'Grady.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, VACATED-IN-PART, AND REMANDED**

ENTERED BY ORDER OF THE COURT

July 2, 2019         /s/ Peter R. Marksteiner
                     Peter R. Marksteiner
                     Clerk of Court