**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., | § | |
| *Plaintiff*, | § | Civil Action No. 1:16-cv-00861-LO-MSN |
| v. | § | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC., | § | |
| *Defendant*. | § | |

**MOTION TO WITHDRAW**

Pursuant to Local Rule 83.1(G), the undersigned, William E. Bradley, and the law firm of Michael Best & Friedrich LLP, hereby move to formally withdraw as counsel of record in this matter. The undersigned was replaced as counsel for Plaintiff, Virginia Innovation Sciences, Inc. ("VIS") in 2018 by Timothy Devlin of the Devlin Law Firm and by local counsel Shauna Wertheim of the Marbury Law Group upon their appearance in this matter. The filing of a withdrawal motion was overlooked as the matter was already on appeal (and the undersigned did formally withdraw from the appeal with Defendant's consent). Defendant does not oppose this motion. Attached as **Exhibit 1** is a proposed order granting the relief requested.

WHEREFORE, William E. Bradley and the law firm of Michael Best & Friedrich LLP, respectfully request that the Court grant leave and allow them to withdraw as counsel for Plaintiff and direct the Clerk to remove William E. Bradley from the Court's Electronic Notification System as counsel of record for Plaintiff.

Dated: November 4, 2019

Respectfully submitted,

*/s/ William E. Bradley*

William E. Bradley
Virginia State Bar No. 42623
MICHAEL BEST & FRIEDRICH LLP
601 Pennsylvania Avenue NW
Suite 700 South
Washington, D.C. 20004
Telephone: (202) 747-9572
Facsimile: (202) 347-1819
webradley@michaelbest.com

*Plaintiff Virginia Innovative Sciences, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of November 2019, I will cause the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to the attorneys of record in this case.

*/s/ William E. Bradley*
William E. Bradley
Virginia State Bar No. 42623
MICHAEL BEST & FRIEDRICH LLP
601 Pennsylvania Avenue NW
Suite 700 South
Washington, D.C. 20004
Telephone: (202) 747-9572
Facsimile: (202) 347-1819
webradley@michaelbest.com