**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., | ) | Case No. 1:16-cv-00861 (LO-MSN) |
| Plaintiff, | ) | |
| v. | ) | |
| AMAZON.COM, INC., | ) | |
| Defendant. | | |

**THE MARBURY LAW GROUP, PLLC'S MOTION TO WITHDRAWAL AS COUNSEL FOR PLAINTIFF**

Pursuant to Local Civil Rule 83.1(G), The Marbury Law Group, PLLC requests and hereby moves the Court for leave to withdraw its representation of Plaintiff Virginia Innovation Sciences, Inc. ("VIS"), in this matter. Donald L. Jackson and Walter Davis, Jr. of the law firm Davidson Berquist Jackson & Gowdy, LLP, have entered their appearances as counsel of record for VIS in this matter. Defendant's counsel has informed the undersigned that Defendant does not oppose the instant Motion. Attached as Exhibit 1 is a proposed agreed order granting the relief requested.

WHEREFORE, Shauna M. Wertheim and The Marbury Law Group, PLLC respectfully request that the Court grant leave to withdraw as counsel for Plaintiff in this matter and direct the Clerk to remove Shauna M. Wertheim from the Court's Electronic Notification System as counsel for Plaintiff.

Respectfully submitted,

Dated: November 5, 2019

/s/ Shauna M. Wertheim

Shauna M. Wertheim (VA Bar No. 33690)
THE MARBURY LAW GROUP, PLLC
11800 Sunrise Valley Drive, 15th Floor
Reston, VA 20191-5302
Tel: (571) 267-7002
Fax: (703) 391-2901
Email: swertheim@marburylaw.com
***Counsel for Plaintiff,***
***Virginia Innovation Sciences, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2019, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

Donald L. Jackson (VSB No. 42882)
Walter D. Davis, Jr. (VSB No. 48217)
Davidson Berquist Jackson & Gowdey LLP
8300 Greensboro Drive, Suite 500
McLean, VA 22102
Telephone: (571-765-7700) 747-9560
Fax: (571) 765-7200
djackson@davidsonberquist.com
wdavis@davidsonberquist.com
***Counsel for Plaintiff Virginia Innovation Sciences, Inc***

and

Robert A. Angle (VSB No. 37691)
robert.angle@troutman.com
Laura Anne Kuykendall (VSB No. 82318)
la.kuykendall@troutman.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Tel: (804) 697-1468/Fax: (804) 697-1339

Mary Catherine Zinsner (VSB No. 31397)
mary.zinsner@troutman.com
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, VA 22182
Tel: (703) 734-4363/Fax: (703) 734-4340
***Counsel for Defendant Amazon.com, Inc.***

/s/ Shauna M. Wertheim
Shauna M. Wertheim, Esq. (VSB No. 33690)
The Marbury Law Group, PLLC
11800 Sunrise Valley Drive, 15th Floor
Reston, VA 20191
Tel: (571) 267-7002/Fax: (703) 391-2901
swertheim@marburylaw.com