IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMAZON.COM, INC., ) <br> ) <br> Defendant. ) | Case No. 1:16-cv-00861 (LO-MSN) |

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' joint stipulation of dismissal with prejudice, the Court hereby **ORDERS** that all claims asserted by plaintiff Virginia Innovation Sciences, Inc. (predecessor in interest to Innovation Sciences, LLC) are hereby **DISMISSED WITH PREJUDICE**, and all corresponding defenses asserted by defendant Amazon.com, Inc. are hereby **DISMISSED AS MOOT**.

ENTERED THIS 21st day of Nov 2019.

_____
The Honorable Liam O'Grady
United States District Judge