**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., | ) |
| | ) Case No. 1:16-cv-00861 (LO-MSN) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMAZON.COM, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL**

Defendant Amazon.com, Inc. ("Amazon"), by counsel, hereby moves the Court to file under seal the following documents:

- Reply in Support of Amazon's Motion for Reasonable Attorneys' Fees Under 35 U.S.C. § 285; and,
- Reply Declaration of Saina Shamilov in Support of Amazon's Motion for Reasonable Attorneys' Fees Under 35 U.S.C. § 285 and Exhibit 7.

In support of this Motion, Amazon submits contemporaneously herewith a nonconfidential Memorandum in Support of Motion to File Documents Under Seal, along with a proposed Order.

Dated: January 13, 2020

Respectfully submitted,

**AMAZON.COM, INC.**

*/s/ Laura Anne Kuykendall*
Robert A. Angle (VSB No. 37691)
  robert.angle@troutmansanders.com
Laura Anne Kuykendall (VSB No. 82318)
  la.kuykendall@troutmansanders.com

TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1468
Facsimile: (804) 697-1339

Mary Catherine Zinsner (VSB No. 31397)
   mary.zinsner@troutman.com
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, VA 22182
Telephone: (703) 734-4363
Facsimile: (703) 734-4340

*Of counsel:*
J. David Hadden**
dhadden@fenwick.com
Saina Shamilov**
sshamilov@fenwick.com
Todd Gregorian*
tgregorian@fenwick
Jeffrey Ware*
jware@fenwick.com
Dargaye Churnet*
dchurnet@fenwick.com
Ravi Ranganath **
rranganath@fenwick.com
Sapna Mehta*
smehta@fenwick.com
Jessica M. Kaempf*
jkaempf@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

***Admitted Pro Hac Vice*