**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., | ) <br> ) Case No. 1:16-cv-00861 (LO-MSN) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| AMAZON.COM, INC., | ) <br> ) |
| Defendant. | ) <br> ) |

## NOTICE OF MOTION TO FILE DOCUMENTS UNDER SEAL

This serves as notice to the public that Defendant Amazon.com, Inc. ("Amazon") has moved the Court to seal from public disclosure the following documents:

- Reply in Support of Amazon's Motion for Reasonable Attorneys' Fees Under 35 U.S.C. § 285; and
- Reply Declaration of Saina Shamilov in Support of Amazon's Motion for Reasonable Attorneys' Fees Under 35 U.S.C. § 285.

Any party or non-party may submit memoranda in support of or in opposition to this Motion within seven (7) days, designating all or part of such memoranda as confidential. Any information designated as confidential in a supporting or opposing memoranda will be treated as sealed pending a determination by the Court on the motion to seal. Any person objecting to this Motion must file an objection with the Clerk within seven (7) days after the filing of this Motion. If no objection is filed in a timely manner, the Court may treat the Motion as uncontested.

2

Dated: January 13, 2020

*Of counsel:*
J. David Hadden**\***
dhadden@fenwick.com
Saina Shamilov**\***
sshamilov@fenwick.com
Todd Gregorian\*
tgregorian@fenwick
Jeffrey Ware\*
jware@fenwick.com
Dargaye Churnet\*
dchurnet@fenwick.com
Ravi Ranganath **\***
rranganath@fenwick.com
Sapna Mehta\*
smehta@fenwick.com
Jessica M. Kaempf\*
jkaempf@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

**\****Admitted Pro Hac Vice*

Respectfully submitted,

**AMAZON.COM, INC.**

*/s/ Laura Anne Kuykendall*
Robert A. Angle (VSB No. 37691)
robert.angle@troutman.com
Laura Anne Kuykendall (VSB No. 82318)
la.kuykendall@troutman.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1468
Facsimile: (804) 697-1339

Mary Catherine Zinsner (VSB No. 31397)
mary.zinsner@troutman.com
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, VA 22182
Telephone: (703) 734-4363
Facsimile: (703) 734-4340