# United States Court of Appeals for the Federal Circuit

**INNOVATION SCIENCES, LLC, FKA VIRGINIA INNOVATION SCIENCES, INC.,**
*Plaintiff-Appellant*

v.

**AMAZON.COM, INC.,**
*Defendant-Appellee*

2020-1639

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:16-cv-00861-LO-MSN, Judge Liam O'Grady.

## MANDATE

In accordance with the judgment of this Court, entered January 5, 2021, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

March 2, 2021

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court